# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 18, 2015, the cause upon appeal to revise or reverse your judgment between

Legend Oaks–-South San Antonio, LLC d/b/a Legend Oaks Healthcare and Rehabilitation Center–-South San Antonio, Appellant

V.

Emma Molina on Behalf of the Estate of Adella Rocamontes, Appellee

No. 04-14-00289-CV and Tr. Ct. No. 2013-CI-17554

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's April 24, 2014, amended order overruling objections to the expert report and denying the motion to dismiss is AFFIRMED.**

**We ORDER that appellee Emma Molina on Behalf of the Estate of Adella Rocamontes recover her costs of this appeal from appellant Legend Oaks— South San Antonio, LLC d/b/a Legend Oaks Healthcare and Rehabilitation Center—South San Antonio.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 29, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00289-CV

**Legend Oaks–-South San Antonio, LLC d/b/a Legend Oaks Healthcare and Rehabilitation Center–-South San Antonio**

**v.**

**Emma Molina on Behalf of the Estate of Adella Rocamontes**

(NO. 2013-CI-17554 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | NISSA DUNN |
| MOTION FEE | $10.00 | E-PAID | JEFF SMALL |
| MOTION FEE | $10.00 | E-PAID | JEFF SMALL |
| MOTION FEE | $10.00 | E-PAID | NISSA DUNN |
| REPORTER'S RECORD | $319.00 | PAID | HAL LOTZ |
| INDIGENT | $25.00 | E-PAID | NISSA DUNN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | NISSA DUNN |
| FILING | $100.00 | E-PAID | NISSA DUNN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | NISSA DUNN |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 29, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853